UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
------------------------------------------------------------x
:
In re Federal Home Loan Mortgage Corp.           :
Securities and Derivate Litigation (No. II)      :
:
------------------------------------------------------------x
:
Ohio Public Employees Retirement System          :   Misc. Case No. 1:06 MC 00093
and State Teachers Retirement System of Ohio,    :
   on behalf of themselves and all              :
   others similarly situated                     :
:
                     Plaintiffs,   :
:   MOTION TO ADJOURN
      v.                                         :   <u>ORAL ARGUMENT</u>
:
:
Freddie Mac a/k/a Federal Home Loan              :
Mortgage Corporation, Leland C. Brendsel,        :
Vaughn A. Clarke, David W. Glenn and             :
Gregory J. Parseghian                            :
------------------------------------------------------------x

       Pursuant to Fed. R. Civ. P. 6(b), the Office of Federal Housing Enterprise Oversight ("OFHEO"), by its attorney, Michael J. Garcia, United States Attorney for the Southern District of New York, respectfully requests that the Court reschedule oral argument on Vaughn A. Clarke's Motion to Compel and OFHEO's Cross-Motion to Quash a subpoena, currently scheduled for April 6, 2006, at 1:30 p.m., to any date after April 12, 2006. Counsel for Mr. Clarke does not consent to this motion due to a discovery cut-off on May 12, 2006, in the pending litigation in the Southern District of New York.

       There is good cause to grant this motion. Counsel for OFHEO is on trial from April 3-11, 2006, and thus, cannot attend oral argument on April 6, 2006. For this reason, the Court should grant OFHEO's motion to reschedule oral argument. Counsel for OFHEO would be

available on Friday April 14, 21, 28, 2006, and May 5, 12, 2006. Counsel for Mr. Clarke is also available on April 14 and 21, 2006.

Dated: April 4, 2006
       New York, NY

                                 Respectfully submitted,

                                 MICHAEL J. GARCIA
                               United States Attorney for the
                               Southern District of New York

                               ___/s/_____
                               By: SARAH E. LIGHT
                               Assistant United States Attorney
                               86 Chambers Street -- 3rd Floor
                               New York, New York  10007
                               Telephone:  (212) 637-2774
                               Facsimile:  (212) 637-2686

Cc:    By Facsimile: 202-822-8106
        Steven Salky, Esq.
        Adam Rosman, Esq.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
-----------------------------------------------------------------x
                                                                 :
In re Federal Home Loan Mortgage Corp.                           :
Securities and Derivate Litigation (No. II)                      :
                                                                 :
-----------------------------------------------------------------x
                                                                 :
Ohio Public Employees Retirement System                          :   Misc. Case No. 1:06 MC 00093
and State Teachers Retirement System of Ohio,                    :
   on behalf of themselves and all                  :
   others similarly situated                       :
                                                                 :
               Plaintiffs, :
                                                                 :
      v.                             :
                                                                 :
Freddie Mac a/k/a Federal Home Loan                              :
Mortgage Corporation, Leland C. Brendsel,                        :
Vaughn A. Clarke, David W. Glenn and                             :
Gregory J. Parseghian                                            :
-----------------------------------------------------------------x

### PROPOSED ORDER GRANTING OFHEO'S MOTION TO RESCHEDULE ORAL ARGUMENT

Upon consideration of OFHEO's motion to reschedule oral argument and the entire record herein, it is this _____ day of April, 2006:

ORDERED that OFEHO's motion to reschedule oral argument be and is hereby GRANTED; and it is

FURTHER ORDERED that the oral argument be and is hereby RESCHEDULED for _____, 2006 at _____ a.m./p.m.

SO ORDERED.

_____
U.S. DISTRICT JUDGE