MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SARAH LIGHT (SL-9869)
Assistant United States Attorney
86 Chambers Street -- 3rd Floor
New York, New York  10007
Telephone:  (212) 637-2774
Facsimile:  (212) 637-2686

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
---------------------------------------------------------------x
                                                               :
In re Federal Home Loan Mortgage Corp.                         :
Securities and Derivate Litigation (No. II)                    :
                                                               :
---------------------------------------------------------------x
                                                               :
Ohio Public Employees Retirement System           : Misc. Case No. 1:06 MC 00093 (RJL)
and State Teachers Retirement System of Ohio,     :
   on behalf of themselves and all                :
   others similarly situated,                     :
                                                  :
                        Plaintiffs,               :
                                                  : REPLY DECLARATION OF
             v.                                   : SARAH E. LIGHT
                                                  :
                                                  :
Freddie Mac a/k/a Federal Home Loan               :
Mortgage Corporation, Leland C. Brendsel,         :
Vaughn A. Clarke, David W. Glenn and              :
Gregory J. Parseghian,                            :
                                                  :
                        Defendants.               :
---------------------------------------------------------------x

       SARAH E. LIGHT, pursuant to the provisions of 28 U.S.C. § 1746,

declares as follows:

       1.    I am an Assistant United States Attorney in the office of Michael J.

Garcia, United States Attorney for the Southern District of New York, attorney for

Respondent the Office of Federal Housing Enterprise Oversight ("OFHEO" or the

"Government"), in this proceeding. I am the attorney assigned to the defense of this matter.

      2.    I submit this declaration in further support of the Government's opposition to Petitioner Vaughn Clarke's ("Petitioner's") motion to compel compliance with a Rule 45 subpoena, and in further support of the Government's cross-motion to quash the subpoena.

      3.    Appended as exhibits hereto are true and correct copies of the following documents:

    Exhibit K:    Order, dated March 30, 2006, <u>In the Matter of Brendsel</u>, <u>In the Matter of Clarke</u>.

I declare under penalty of perjury that the foregoing is true and correct.

           ____/s/_____
              SARAH E. LIGHT

Dated: New York, NY
       April 5, 2006