UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE FEDERAL HOME LOAN MORTGAGE CORP. SECURITIES AND DERIVATIVE LITIGATION (NO. II) | )<br>)<br>)<br>)<br>) |
| OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM and STATE TEACHERS RETIREMENT SYSTEM OF OHIO, on Behalf of Themselves and all Others Similarly Situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>FREDDIE MAC a/k/a FEDERAL HOME LOAN MORTGAGE CORPORATION, LELAND C. BRENDSEL, VAUGHN A. CLARKE, DAVID W. GLENN, and GREGORY J. PARSEGHIAN,<br><br>　　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Misc. Case No. 1:06-MS-00093 (RJL) |

**JOINT STATUS REPORT IN RESPONSE TO COURT
MINUTE ORDER OF AUGUST 9, 2006**

Pursuant to this Court's Minute Order of August 9, 2006, undersigned counsel for Vaughn Clarke and counsel for OFHEO hereby advise the Court as follows:

　　1.　　Subsequent to the hearing held before the Court on April 14, 2006, counsel for Mr. Clarke delivered by hand to Acting OFHEO Director Stephen Blumenthal on April 18, 2006, a letter requesting that OFHEO designate an OFHEO representative to testify about matters described in the letter.

2.      On April 20, 2006, Freddie Mac, on behalf of all defendants, and the plaintiffs in the securities class action and the derivative cases announced an agreement in principal to settle those cases and requested Judge Sprizzo to stay discovery in those actions in light of the proposed settlement. The ERISA class action case, which had been consolidated for pretrial proceedings with the securities and derivative cases, was not subject to this settlement agreement. Nevertheless, on April 24, 2006, the ERISA plaintiffs requested an extension of the discovery deadline and ceased taking discovery in order to explore the possibility of resolving that case.

3.      Based on those developments, OFHEO's Office of General Counsel responded on May 3, 2006 to Mr. Clarke's letter to Acting Chairman Blumenthal by not only setting forth a series of objections to Mr. Clarke's request, but requesting Mr. Clarke to indicate why the requested testimony was necessary at this time.

4.      On May 26, 2006, undersigned counsel for Mr. Clarke advised OFHEO's Office of General Counsel that while Mr. Clarke may require OFHEO's testimony pursuant to Federal Rule of Civil Procedure 30(b)(6) in the ERISA case, he did not need to schedule a deposition at that time, given the stay of discovery and extension of the discovery cut-off in the ERISA case.

5.      Subsequently, on July 4, 2006, Judge Sprizzo entered an order preliminarily approving the settlement of the securities class action and derivative cases, subject to further consideration at a hearing to be held on October 26, 2006.

6.      On August 21, 2006, Freddie Mac, on behalf of all defendants, and the plaintiffs in the ERISA case announced an agreement in principal to settle this case. Undersigned counsel for Mr. Clarke expects that a Settlement Agreement in the ERISA case will be presented to Judge Sprizzo for preliminary approval on October 26, 2006.

Thus, Mr. Clarke respectfully requests that this matter continue to be held in abeyance until early November, after which the parties can advise the Court of whether the underlying litigation is settled or whether Mr. Clarke will require OFHEO's deposition in one or more of those consolidated cases.

Undersigned counsel has conferred with counsel for OFHEO about this matter and represents that OFHEO opposes Mr. Clarke's request and requests this Court to dismiss this matter, without prejudice to renewal of the Motion to Compel in the event that the settlement agreements are not finally approved by Judge Sprizzo and one or more of the underlying cases is recommenced.

Dated: August 23, 2006

Respectfully submitted,

_____
Steven M. Salky, D.C. Bar No. 360175
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W.
Washington, D.C. 20036
202/778-1800
Counsel for Vaughn A. Clarke

Dated: August 22, 2006

_____
Sarah Light, Esquire       by SMS
Assistant United States Attorney   by permission
United States Attorney's Office
For the Southern District of New York
86 Chambers Street, 5th Floor
New York, New York 10007

3