UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE FEDERAL HOME LOAN MORTGAGE CORP. SECURITIES AND DERIVATIVE LITIGATION (NO. II) | ) ) ) ) ) |
| OHIO PUBLIC EMPLOYEES RETIREMENT SYSTEM and STATE TEACHERS RETIREMENT SYSTEM OF OHIO, on Behalf of Themselves and all Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>FREDDIE MAC a/k/a FEDERAL HOME LOAN MORTGAGE CORPORATION, LELAND C. BRENDSEL, VAUGHN A. CLARKE, DAVID W. GLENN, and GREGORY J. PARSEGHIAN,<br><br>Defendants. | Misc. Case No. 1:06 MC 0093 (RJL) |

## JOINT STATUS REPORT IN RESPONSE TO COURT'S MINUTE ORDER OF NOVEMBER 20, 2006

Pursuant to this Court's Minute Order of November 20, 2006, undersigned counsel for Vaughn Clarke and counsel for OFHEO hereby advise the Court as follows:

1. Subsequent to the Joint Status Report filed by the parties on August 23, 2006, Judge Sprizzo has approved the final settlements in the securities class action and derivative cases in the above-captioned matter pending in the United States District Court for the Southern District of New York. Additionally, Judge Sprizzo issued an order preliminarily approving the

proposed settlement of the ERISA action in the above-captioned matter on October 26, 2006, and scheduling a final hearing on December 21, 2006.

2.   Based on the above facts, counsel for Mr. Clarke expects all of the underlying litigation to be finally settled by the end of December 2006, thereby obviating the need for Mr. Clarke to seek OFHEO's deposition in any of these consolidated cases.

Thus, Mr. Clarke respectfully withdraws the Motion to Compel Compliance with Deposition Subpoena, and requests that this miscellaneous matter be closed with prejudice, with each side bearing its own costs and expenses.

Undersigned counsel has conferred with counsel for OFHEO about this matter and represents that OFHEO consents to the relief requested.

Dated: December 4, 2006                    Respectfully submitted,

                                           _____
                                           Steven M. Salky, D.C. Bar 360175
                                           ZUCKERMAN SPAEDER LLP
                                           1800 M Street, N.W.
                                           Washington, D.C. 20036
                                           202/778-1800
                                           Counsel for Vaughn A. Clarke

Dated: December 4, 2006                    _____
                                           Sarah Light, Esquire
                                           Assistant United States Attorney
                                           United States Attorney's Office
                                           For the Southern District of New York
                                           86 Chambers Street, 5th Floor
                                           New York, New York 10007